

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 20 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1553

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SILICA PRODUCTS LIABILITY LITIGATION    3:05cw185

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-13)

On September 4, 2003, the Panel transferred 22 civil actions to the United States District Court for the Southern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79 additional actions have been transferred to the Southern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Janis Graham Jack.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Texas and assigned to Judge Jack.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Texas for the reasons stated in the order of September 4, 2003, 280 F.Supp.2d 1381 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Janis Graham Jack.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Texas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 7 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-13 - TAG-ALONG ACTIONS
## DOCKET NO. 1553
## IN RE SILICA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #               CASE CAPTION

**MISSISSIPPI NORTHERN**
MSN  4  05-5                    Larry Thirsty, et al. v. Clark Sand Co., Inc., et al.

**MISSISSIPPI SOUTHERN**
~~MSS  1  05-162~~              ~~Alfred Nix v. Pulmosan Safety Equipment Co., et al.~~  Opposed 6/07/05
~~MSS  1  05-163~~              ~~Vernon Knight v. Pulmosan Safety Equipment Co., et al.~~  Opposed 6/07/05
MSS  2  05-7                    William Crowe, et al. v. Clark Sand Co., Inc., et al.
MSS  2  05-8                    Troy Greer, et al. v. Clark Sand Co., Inc., et al.
~~MSS  2  05-102~~              ~~Leonard Martin v. Pulmosan Safety Equipment Corp., et al.~~  Vacated 6/06/05
MSS  3  05-7                    Terry Large, et al. v. Clark Sand Co., Inc., et al.
MSS  3  05-185 ✓                Jerry Lee Wilson v. 3M Co., et al.
MSS  5  05-7             ♦      Paul Moore, et al. v. Clark Sand Co., Inc., et al.
~~MSS  5  05-51~~               ~~Ronnie Clay v. Pulmosan Safety Equipment Co., et al.~~  Opposed 6/07/05